IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRETT CENKUS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>Plaintiff, | |
| -vs- | CAUSE NO.:<br>A-17-CA-00463-SS |
| BIZBOOST, INC.,<br>Defendant. | |

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#10] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#10] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the 14th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE